**Trevor MOHAMMED, Plaintiff-Appellant,**

v.

**Dennis DANIELS; Whitney Driver; John Herring; Robert Owens; Jackie Parker; Ennis Oats; Donald Polt; Paula Smith; Carlton Joyner; Bobby Marshall; Robert Lewis; Rebekah Micklos, Executrix of the Estate of Defendant Dr. Donald V. Micklos, Defendants-Appellees,**

**and**

**Donald Micklos, Defendant.**

**No. 16-7364**

United States Court of Appeals, Fourth Circuit.

Submitted: January 17, 2017

Decided: January 20, 2017

Trevor Mohammed, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney General, Raleigh, North Carolina; Kelly Street Brown, Elizabeth Pharr McCullough, Young Moore & Henderson, PA, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trevor Mohammed appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mohammed v. Daniels, No. 5:13–ct–03077–FL, 2016 WL 4544017 (E.D.N.C. Aug. 31, 2016). We also deny Mohammed's motion to assign counsel. We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED